**ATTORNEY GRIEVANCE COMMISSION**
**OF MARYLAND**

**v.**

**BRIAN DAVID SADUR**

\*     **IN THE**

\*     **COURT OF APPEALS**

\*     **OF MARYLAND**

\*     **Misc. Docket AG No. 35**
      **September Term, 2020**

\*

\*     **(No. 483560-V, Circuit**
      **Court for Montgomery**
      **County)**

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Brian David Sadur, to indefinitely suspend the Respondent from the practice of law with the right to petition for reinstatement in one year for violations of Rules 1.4(a) and (b), 5.5, 8.1(a) and (b), and 8.4(a), (b), (c) and (d) of the Maryland Rules of Professional Conduct and Maryland Rule 19-742, it is this 5th day of March, 2021

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, Brian David Sadur, be, and he hereby is, indefinitely suspended from the practice of law in the State of Maryland with the right to petition for reinstatement in one year; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Brian David Sadur from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk